Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 OCT 22 PM 1: 39

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED PARCEL SERVICE OF AMERICA,
INC., a Delaware corporation; MAIL BOXES ETC.,
INC.,

     Plaintiffs,

vs

MASSOUD SHOAEE and NASSRIN D. SHOAEE,

     Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'09 CV 2 35 4 JM    JMA

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY
    Mark R. McDonald
    Morrison & Foerster LLP
    555 West Fifth Street, Ste. 3500
    Los Angeles, CA  90013
    Tel.:  (213) 892-5200

An answer to the complaint which is herewith served upon you, within __20__ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 2 2009

DATE

By    B. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com