UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC. and MAILBOXES, ETC., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSOUD SHOAEE and NASSRIN D. SHOAEE,<br><br>Defendants. | Case No. 09CV2354-JM (JMA)<br><br>**ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

An Early Neutral Evaluation Conference was held on January 6, 2010 at 2 p.m. The case settled, and the terms of the settlement were placed on the record (16:44 - 16:48). The attorneys shall appear for a telephonic Settlement Disposition Conference on **February 18, 2010** at **4 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler at least

//

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1  <u>one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure
2  to comply with this order may be cause for the imposition of monetary sanctions.</u>
3  **IT IS SO ORDERED**.
4  DATED:  January 7, 2010

   _____
   Jan M. Adler
   U.S. Magistrate Judge