1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware corporation; MAIL BOXES ETC., INC., <br><br>Plaintiffs, <br><br>v. <br><br>MASSOUD SHOAEE; NASSRIN D. SHOAEE, <br><br>Defendants. | Case No. 09 CV 2354 JM (JMA) <br><br>**STIPULATED PERMANENT INJUNCTION** AND ORDER THEREON (DOC. NO. 20) |

FROM :RBPACKANDSHIPE           FAX NO. :8584513640           Feb. 17 2010 04:09PM P1

1  Based on the Preliminary Injunction previously entered in this action and the stipulation between the parties, the parties hereby stipulate and the Court hereby enters the following Permanent Injunction.

1. Defendants Massoud and Nassrin Shoaee, their agents, servants, employees, attorneys and all persons acting for, with, by, through, or under them are hereby enjoined:

   a. from using, or displaying in connection with the distribution, sale, offering for sale, advertisement or promotion of any goods or services, any UPS and MBE Marks or colorable imitation thereof;

   b. from representing directly or indirectly in any form or manner whatsoever, that Defendants' business, products or services are Plaintiffs', or are in any manner associated with, sponsored, or approved by Plaintiffs or otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of Defendants' business, products or services;

   c. from taking any action, directly or indirectly in any form or manner whatsoever that is likely to dilute the distinctive quality of Plaintiffs' famous registered UPS and MBE Marks or otherwise taking any action likely to cause tarnishment to Plaintiffs' business reputation; and

   d. from otherwise infringing Plaintiffs' trade name, trademarks or trade dress, or otherwise competing unfairly with Plaintiffs in any manner.

2. The Court orders Defendants to deliver up to Plaintiffs for destruction any and all merchandise, products, packaging material, tags, labels, signs, prints, advertising matter, promotional material, billheads, stationery, or any other goods or material bearing the Plaintiffs' trade names, service marks, trademarks or trade dress or any other designation confusingly similar to Plaintiffs' trade names, service marks, trademarks or trade dress.

STIPULATED PERMANENT INJUNCTION     1     Case No. 09 CV 2354 JM (JMA)
la-1063067

3. Defendants are ordered to immediately stop using the business telephone number, fax number, and internet e-mail address for Defendants' former Center, to comply with the requirements of the Franchise Agreement regarding transfer and assignment of the business telephone number, fax number and internet e-mail address, and to execute any documents that may be necessary or desirable to effect a transfer with the telephone company and domain name registration.

The Court retains jurisdiction to enforce this Permanent Injunction for a period of four months from the Order of Reference (Doc. No. 23).

IT IS SO STIPULATED AND ORDERED.

Dated: February 17, 2010.  MORRISON & FOERSTER LLP

By: _____
Mark R. McDonald

Attorneys for Plaintiffs and Counter-Defendants
UNITED PARCEL SERVICE, INC. and MAIL BOXES ETC.

Dated: February 17, 2010.  LAW OFFICES OF STEVEN C. SAYLER & ASSOCIATES, PC

By: _____
Steven C. Sayler

Attorneys for Defendants and Counter-Plaintiffs
MASSOUD AND NASSRIN SHOAEE

Dated: March 1, 2010

_____
~~Hon. Jeffrey Miller~~
~~United States District Judge~~
Hon. Jan M. Adler
U.S. Magistrate Judge

STIPULATED PERMANENT INJUNCTION    2    Case No. 09 CV 2354 JM (JMA)
la-1063067