UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware corporation; MAIL BOXES ETC., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSOUD SHOAEE; NASSRIN D. SHOAEE,<br><br>Defendants. | Case No.   09 CV 2354 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND RETAINING JURISDICTION (DOC. NO. 19)** |

1   Pending before this Court is the parties' Joint Motion for Dismissal and
2   Entry of a Stipulated Permanent Injunction. According to the papers and the
3   record, the parties have settled the case and, under the terms of the settlement
4   agreement, jointly request that the Court enter the stipulated injunction, dismiss
5   the case under Fed. R. Civ. P. 41(a)(1)(a)(ii) and 41(a)(2), and retain
6   jurisdiction to enforce the settlement agreement and permanent injunction.

7   Having reviewed the Stipulation for Permanent Injunction, the Joint
8   Motion for Dismissal and Entry of Permanent Injunction, and good cause
9   appearing, the Court GRANTS the motion and ORDERS as follows:

- The terms and conditions of the Stipulated Permanent Injunction are hereby ADOPTED as an enforceable order of this Court.
- Pursuant to the parties' Consent to Jurisdiction by a United States Magistrate Judge and Order of Reference thereon (Doc. No. 23), the Court shall enforce the terms of the settlement, including the Permanent Injunction.
- Defendants' counter-claims are DISMISSED with prejudice, except that the Court shall retain jurisdiction to enforce the terms of the settlement agreement and Stipulated Permanent Injunction for a period of four months from entry of the Order of Reference.
- Plaintiffs' claims are DISMISSED without prejudice, except that the Court shall retain jurisdiction to enforce the terms of the settlement agreement and Stipulated Permanent Injunction for a period of four months from entry of the Order of Reference.

24  //
25  //
26  //
27  //
28  //

PROPOSED ORDER OF DISMISSAL AND
ENTRY OF PERMANENT INJUNCTION                    1                    Case No. 09 CV 2354 JM (JMA)
la-1062326

1      • Each party shall bear its own costs, expenses, and attorneys' fees.

2      IT IS SO ORDERED.

3

4   Dated:   March 1, 2010

5   _____
    Hon. Jan M. Adler
6   United States Magistrate Judge

STIPULATED PERMANENT INJUNCTION         2          Case No. 09 CV 2354 JM (JMA)
AND DISMISSAL ORDER
la-1062326